UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PATRICK B. GARMHAUSEN; CHARLES F.
GARMHAUSEN; SUSAN I. GARMHAUSEN;
and PATRICK GARMHAUSEN,

                 Plaintiffs,

             - against -

**ORDER**
**07 CV 2565 (ARR)(LB)**

ERIC HOLDER, ATTORNEY GENERAL OF
THE UNITED STATES; FEDERAL BUREAU OF
INVESTIGATION SPECIAL AGENT JAMES
MCCARTHY; FORMER ASSISTANT UNITED
STATES ATTORNEY WAYNE BAKER;
UNITED STATES DEPARTMENT OF JUSTICE;
DEBRA T. CORRIDAN, a/k/a DEBRA T.
GARMHAUSEN,

                 Defendants.
-----------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

On April 15, 2010, I issued Orders authorizing the release of Patrick B. Garmhausen's Supreme Court divorce records and Family Court Records under New York Domestic Relations Law § 235(1). See Attachments to Minute Entry, Document 36. Plaintiff challenged the Orders authorizing disclosure of the state court records to the defendants by filing an Order to Show Cause. See Document 38. Judge Ross held a conference and ruled on the issues raised by plaintiffs' Order to Show Cause. See Document 41. This matter has been returned to me for pretrial supervision.

I have revisited both the orders that I issued to obtain the state court records as well as the letters that were submitted to the Court *ex parte* and under seal by the United States Attorney's Office. See Documents 28 and 35. To address plaintiffs' concerns regarding the "sensitive" nature of the state court records, defendants shall not disseminate, publish or otherwise disclose

the state court records to anyone except defendants' litigation team herein and the records shall only be used for the purpose of this litigation, and, if used, shall be filed under seal "for parties' eyes only." The Court notes that pursuant to a Court Order, Patrick B. Garmhausen's presentence report was released to the Assistant United States Attorney in this case. The presentence report was submitted as an attachment to the Government's sealed letter to Judge Ross. See Document 28, Attachment 1. A copy of the presentence report shall be released to Mr. Patrick B. Garmhausen and his attorney upon their request to AUSA Knapp.

Last, the Court finds that the government's *ex parte* letters filed under seal can be redacted and then disclosed to plaintiff. I have reviewed the letters line by line and redacted portions of the letters as necessary. I direct the Clerk of Court to file the redacted versions of the letters for parties' eyes only.

SO ORDERED.

LOIS BLOOM
United States Magistrate Judge

Dated: May 6, 2010
Brooklyn, New York