

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TAM:JHK
F.#2009V00889

*610 Federal Plaza, 5th Floor*

*Central Islip, New York  11722*

February 15, 2012

**VIA ELECTRONIC FILING**

Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  Garmhausen, et al. v. Holder, et al.
         Civil Action No. 07 CV 2565 (Ross, J.) (Bloom, M.J.)

Dear Magistrate Judge Bloom:

    This Office represents defendant Eric Holder, Attorney General of United States, in the above-captioned action.  The Attorney General joins in Plaintiff's February 15, 2012 application, docket entry 93, and respectfully requests that the report of Nina Epstein, Esq. to Special Master Dawn M. Cardi, Esq. be sealed.

    Thank you for your Honor's consideration of this application.

                            Respectfully submitted,

                            LORETTA E. LYNCH
                            United States Attorney

               By:   s/ James H. Knapp
                      James H. Knapp
                      Kenneth M. Abell
                      Assistant U.S. Attorneys
                      (631) 715-7879

cc:  **VIA ECF**
    Aaron David Frishberg, Esq.
    Joseph R. Conway, Esq.