# LaRusso & Conway, LLP

300 Old Country Road
Suite 341
Mineola, NY 11501
Tel: (516) 248-3520 • Fax: (516) 248-3522

February 15, 2012

Hon. Lois Bloom
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201

   Re: Garmhausen v. Holder et. al.
    Civil Docket No. CV-07-2565(ARR)

Dear Judge Bloom:

  As attorney for Debra Coridan in the above-captioned matter I hereby join in the application filed today by counsel for the plaintiff and counsel for the government to seal the report filed by Ms. Cardi.

         Sincerely,

         Joseph R. Conway, Esq.

cc: AUSA James Knapp
  Aaron David Frishberg