UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

PATRICK B. GARMHAUSEN,

                Plaintiff,                                    **ORDER**
                                                                       **07 CV 2565 (ARR)(LB)**

  - against-

DEBRA T. CORRIDAN, A/K/A Debra T. Garmhausen,
and ERIC HOLDER, ATTORNEY GENERAL
OF THE UNITED STATES,

                Defendants.
-------------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

On November 28, 2011, the Court appointed Nina S. Epstein, Esq., of Goldweber Epstein LLP to represent minor plaintiff Patrick S. Garmhausen and ordered the United States to compensate Epstein for her services. See 18 U.S.C. § 3524(h)(I) (providing that the costs of any action under subsection (d) shall be paid by the United States). Nina Epstein now submits an accounting for work done in performing her duties as attorney for the minor Patick S. Garmhausen, and requests that she be compensated for her fees and costs. (Aff. of Serv., ECF No. 203.)[1]

Ms. Epstein states that her hourly billing rate for this matter is $490, and submits contemporaneous time records evincing 40.1 hours spent in performing her duties. (Aff. of Serv. ¶ 7.) The Court finds that the hourly fee sought by Ms. Epstein exceeds the rate that Courts typically award to experienced lawyers in this district. See Gagasoules v. MBF Leasing LLC, 08–CV–2409 (ADS)(ARL), 2013 WL 1760134, at *4 (E.D.N.Y. Apr. 24, 2013) ("In the Eastern District of New York, depending on the nature of the action, extent of legal services provided and experience of the attorney, hourly rates range from approximately $300 to $400 per hour for partners . . . ."). Moreover, former Special Master Dawn Cardi's letter to the Court

---

[1] The Honorable Allyne R. Ross referred the request to me. (ECF No. 238.)

1

recommending that Ms. Epstein be appointed to represent Patrick S. Garmhausen stated that Ms. Epstein's hourly rate was $400. The Court finds the rate of $400 per hour to be a reasonable fee for this district. Accordingly, the Court shall compensate Ms. Epstein for 40.1 hours worked at a rate of $400 for a total of $16,040.00.

The accounting also lists 7.3 hours worked by Maria Anna Hartofilis, Esq. According to the affidavit, Hartofilis graduated from St. John's Law School in May 2011 and has been admitted to practice law in the State of New York since 2012. According to the firm's website, Hartofilis also worked as a paralegal for Goldweber Epstein LLP from 2003 until becoming an associate. The affidavit states that Ms. Hartofilis's billing rate was $250 until it increased to $300 in 2014. The Court finds the rate sought by Ms. Hartofilis to be reasonable. See Sciascia v. Prime Protective Servs., Inc., 13-CV-0800 (ADS) (AKT), 2014 WL 940721, at *9 (E.D.N.Y. Mar. 11, 2014) ("reasonable fees in this district vary from $100 to $295 per hour for associates."). Based on the 2.9 hours of work done by Hartofilis before 2014, calculated at a rate of $250 per hour, and the 4.4 hours of work done by Hartofilis after the start of 2014, calculated at a rate of $300 per hour, Goldweber Epstein LLP is entitled to an additional sum of $2,045.

Finally, Ms. Epstein requests an additional $171.81 in costs for copying, printing, postage and transportation. The Court finds these additional costs to be reasonable.

Accordingly, the United States is ordered to pay Goldweber Epstein LLP a total sum of $18,256.81, calculated as $16,040.00 in fees owed to Ms. Epstein, $2,045 in fees owed to Ms. Hartofilis, and an additional $171.81 in costs, within thirty (30) days.

SO ORDERED.

/S/
LOIS BLOOM
United States Magistrate Judge

Dated: September 8, 2014
      Brooklyn, New York